Julius Blumberg, Inc. NYC 10013

Form B1, P1 (12-94)

**FORM 1 VOLUNTARY PETITION**

## United States Bankruptcy Court

### District of

| VOLUNTARY PETITION |
|---|

| IN RE (Name of debtor-If individual, enter Last, First, Middle) | NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle) |
|---|---|
| Thornton, Keith Anthony Sr. | |

| ALL OTHER NAMES used by the debtor in the last 6 years (including married, maiden and trade names) | ALL OTHER NAMES used by the joint debtor in the last 6 years (include married, maiden and trade names) |
|---|---|
| | |

| SOC. SEC./TAX I.D. NO. (If more than one, state all) | SOC. SEC./TAX I.D. NO. (If more than one, state all) |
|---|---|
| 3713 | |

| STREET ADDRESS OF DEBTOR (No. and street, city, state, zip) | STREET ADDRESS OF JOINT DEBTOR (No. and street, city, state, zip) |
|---|---|
| 4814 W. Wabansia Chicago, IL  60639 | |

| | COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS Cook | | COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS |
|---|---|---|---|

| MAILING ADDRESS OF DEBTOR (If different from street address) | MAILING ADDRESS OF JOINT DEBTOR (If different from street address) |
|---|---|
| | |

| LOCATION OF PRINCIPLE ASSETS OF BUSINESS DEBTOR (If different from addresses listed above) | VENUE (Check one box) |
|---|---|
| | ☐ Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. ☐ There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this district |

**INFORMATION REGARDING DEBTOR (Check Applicable boxes)**

**TYPE OF DEBTOR (Check one box)**

☒ Individual        ☐ Corporation Publicly Held
☐ Joint (H&W)       ☐ Corporation Not Publicly Held
☐ Partnership       ☐ Municipality
☐ Other _____

**NATURE OF DEBT (Check one box)**

☒ Non-Business Consumer        ☐ Business - Complete A&B below

**A. TYPE OF BUSINESS (Check one box)**

☐ Farming           ☐ Transportation      ☐ Commodity Broker
☐ Professional      ☐ Manufacturing/Mining ☐ Construction
☐ Retail/Wholesale  ☐ Stockbroker         ☐ Real Estate
☐ Railroad          ☐ Other Business

**B. BRIEFLY DESCRIBE NATURE OF BUSINESS**

**CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED (Check one box)**

☒ Chapter 7     ☐ Chapter 11      ☐ Chapter 13
☐ Chapter 9     ☐ Chapter 12      ☐ § 304-Case Ancillary to Foreign Proceeding

**SMALL BUSINESS (Ch. 11 only)**

☐ Debtor is a small business as defined in 11 U.S.C. § 101.
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e). (optional)

**FILING FEE (Check one box)**

☒ Filing fee attached.
☐ Filing fee to be paid in installments. (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b); see Official Form Number 3

**NAME AND ADDRESS OF LAW FIRM OR ATTORNEY**

Anthony J. Murray, Jr.
9039 N. LaCrosse
Skokie, IL  60077
Telephone No. (847) 677-2005

| STATISTICAL ADMINISTRATIVE INFORMATION (28 U.S.C. § 604) (Estimates only)  (Check applicable boxes) | NAME(S) OF ATTORNEY(S) DESIGNATED TO REPRESENT THE DEBTOR (Print or Type) Same |
|---|---|

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☒ Debtor estimates that after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

☐ C
debt

**ESTIMATED NUMBER OF CREDITORS**

☒ 1-15    ☐ 16-49    ☐ 50-99    ☐ 100-199    ☐ 200-999    ☐ 1000-over

**ESTIMATED ASSETS (in thousands of dollars)**

☐ Under 50    ☐ 50-99    ☒ 100-499    ☐ 500-999    ☐ 1000-9999    ☐ 10,000-99,00

**ESTIMATED LIABILITIES (in thousands of dollars)**

☐ Under 50    ☐ 50-99    ☒ 100-499    ☐ 500-999    ☐ 1000-9999    ☐ 10,000-99,00

**ESTIMATED NUMBER OF EMPLOYEES - CH 11 & 12 ONLY**

☐ 0    ☐ 1-19    ☐ 20-99    ☐ 100-999    ☐ 1000-over

**ESTIMATED NO. OF EQUITY SECURITY HOLDERS - CH 11 & 12 ONLY**

☐ 0    ☐ 1-19    ☐ 20-99    ☐ 100-999    ☐ 1000-over

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 08/10/2004
Time: 15:59:06
Debtor: KEITH ANTHONY THORNTON
Case: 04-29642       Fee: 209
Chapter: 7 Rec. # : 3095296
Judge: Eugene Wedoff
341 mtg: 09/21/2004 @ 03:30PM
Trustee: RICHARD FOGEL

1:04BK29642-BK001

Form B1, P2 (12-94)

Name of Debtor: **Thornton, Keith Anthony Sr.**     Case No. _____
                                                        (Court use only)

---

### FILING OF PLAN   For Chapter 7, 11, 12 and 13 cases only. Check appropriate box.

☐ A Copy of debtor's proposed plan dated _____ is attached.     ☐ Debtor intends to file a plan within the time allowed by statute, rule, or order of the court.

### PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS (If more than one, attach additional sheet)

| Location Where Filed | Case Number | Date Filed |
|---|---|---|
| | | |

### PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THIS DEBTOR (If more than one, attach additional sheet.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| | | |
| Relationship | District | Judge |
| | | |

### REQUEST FOR RELIEF   Debtor is eligible for and requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

### SIGNATURES

ATTORNEY   Signature   X _Anthony J. Murray Jr._     Date _8-6-04_

---

#### INDIVIDUAL/JOINT DEBTOR(S)

I declare under penalty of perjury that the information provided in this petition is true and correct

X _Keith A. Thornton Sr._
Signature of Debtor
_8-6-04_
Date

X _____
Signature of Joint Debtor

_____
Date

#### CORPORATE OR PARTNERSHIP DEBTOR

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

X _____
Signature of Authorized Individual

_____
Print or Type Name of Authorized Individual

_____
Title of Individual Authorized by Debtor to File this Petition

_____
Date

If debtor is a corporation filing under chapter 11, Exhibit "A" is attached and made part of this petition.

---

#### TO BE COMPLETED BY INDIVIDUAL CHAPTER 7 DEBTOR WITH PRIMARILY CONSUMER DEBTS (See P.L. 98-353 § 322)

I am aware that I may proceed under chapter 7, 11, or 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 of such title.

If I am represented by an attorney, exhibit "B" has been completed.

X _Keith A. Thornton Sr._     _8-6-04_
Signature of Debtor     Date

X _____     _____
Signature of Joint Debtor     Date

#### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I have prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed or Typed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address                                    Tel. No.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

---

#### EXHIBIT "B"

(To be completed by attorney for individual chapter 7 debtor(s) with primarily consumer debts.)

I, the attorney for the debtor(s) named in the foregoing petition, declare that I have informed the debtor(s) that (he, she, or they) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under such chapter.

X _Anthony J. Murray Jr._     _8-6-04_
Signature of Attorney     Date

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____
Signature of Bankruptcy Petition Preparer

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

Form B6 (6-90)

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF | |
|---|---|---|

In re: **Thornton, Keith A.**

Debtor(s)          Case No.                    (If Known)

See summary below for the list of schedules.  Include Unsworn Declaration under Penalty of Perjury at the end.

GENERAL INSTRUCTIONS:  Schedules D, E and F have been designed for the listing of each claim only once.  Even when a claim is secured only in part, or entitled to priorityonly in part, it still should be listed only once.  A claim which is secured in whole or in part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed in Schedule E only.  Do not list the same claim twice.  If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I and  J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (Yes No) | Number of sheets | Amounts Scheduled | | |
|---|---|---|---|---|---|
| | | | Assets | Liabilities | Other |
| A - Real Property | Y | 1 | $150,000.00 | | |
| B - Personal Property | Y | 2 | 10,411.00 | | |
| C - Property Claimed as Exempt | Y | 1 | | | |
| D - Creditors Holding Secured Claims | Y | 1 | | $150,100.00 | |
| E - Creditors Holding Unsecured Priority Claims | Y | 1 | | -0- | |
| F - Creditors Holding Unsecured Nonpriority Claims | Y | 1 | | 22,900.00 | |
| G - Executory Contracts and Unexpired Leases | Y | 1 | | | |
| H - Codebtors | Y | 1 | | | |
| I - Current Income of Individual Debtor(s) | Y | 1 | | | $3,296.00 |
| J - Current Expenditures of Individual Debtor(s) | Y | 1 | | | 5,647.00 |
| Total Number of Sheets of All Schedules | | 11 | | | |
| Total Assets | | | $160,411.00 | | |
| Total Liabilities | | | | $173,000.00 | |

Form B6A/B, PTS 3/94

In re: **Thornton, Keith A.**        Debtor(s)    Case No.       (if known)

## SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 4814 W. Wabansia<br>Chicago, IL 60639<br><br>A 2-flat with a basement apartment | Fee Simple<br>Owner in Joint Tenancy with wife,<br>Deirdre Thornton | | $150,000.00 | $137,700.00<br>1st Mortgage<br><br>$5,400.00<br>2nd Mortgage |

Total ->   $150,000.00     (Report also on Summary of Schedules.)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | | | $ 50.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | a) Checking Account - #4402025300<br>LaSalle Bank, Chicago, IL 60603<br>b) Savings Account - #61425, United Airlines Credit Union, Chicago, IL 60666<br>c) Real Estate tax escrow account, #60778, Shore Bank, Chicago, IL | | 40.00<br><br>10.00<br><br>1,300.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | x | | | |
| 4. Household goods and furnishings including audio, video and computer equipment. | | 1 Dining Room table, six chairs, 1 Sofa, Kitchen table with 4 chairs, 3 beds, 3 dressers, 1 cabinet, 1 Microwave, Stereo/CD player, and 1 television. | | 300.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Bible and family pictures | | 25.00 |
| 6. Wearing apparel. | | 2 suits, 3 pairs of slacks, 2 pairs of shoes, shirts, and 1 top coat | 6 | 150.00 |
| 7. Furs and jewelry. | x | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | x | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Debtor is the owner of $100,000 Life Insurance Policy, #1-001761073, Fidelity and Guaranty Life Insurance Company | | -0- |

 Form B6B, P2 (6-90)   Julius Blumberg, Inc. NYC 1001?

SCHEDULE B
PERSONAL PROPERTY

In re: **Thornton, Keith A.**                    Debtor(s)      Case No.                    (if known)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | x | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize | | 401(k) Pension Plan - United Airlines O'Hare Airport, Chicago, IL | | $1,536.00 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | x | | | |
| 13. Interest in partnerships or joint ventures. Itemize. | x | | | |
| 14. Government and corporate bonds and other negotiable and nonegotiable instruments. | x | | | |
| 15. Accounts receivable. | x | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | x | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | x | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | x | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | x | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | x | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | x | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | x | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2001 Chevy Cavalier | -- | 7,000.00 |
| 24. Boats, motors, and accessories. | x | | | |
| 25. Aircraft and accessories. | x | | | |
| 26. Office equipment, furnishings, and supplies. | x | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | x | | | |
| 28. Inventory. | x | | | |
| 29. Animals. | x | | | |
| 30. Crops - growing or harvested. Give particulars. | x | | | |
| 31. Farming equipment and implements. | x | | | |
| 32. Farm supplies, chemicals, and feed. | x | | | |
| 33. Other personal property of any kind not already listed. Itemize. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)        Total ->        $ 10,411.00

_____ continuation sheets attached

Form B6 C (6/90)

In re: *Thornton, Keith A.*                    Debtor(s)          Case No.                    (if known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under (Check one box)

☐ 11 U.S.C. § 522(b)(1): Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☒ 11 U.S.C. § 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 1. Necessary wearing apparel | 735 ILCS Sec. 5/12-1001(a) | $   150.00 | $      150.00 |
| 2. Bible and family pictures | 735 ILCS Sec. 5/12-1001(a) | 25.00 | 25.00 |
| 3. Cash on hand | 735 ILCS Sec. 5/12-1001(b) | 50.00 | 50.00 |
| 4. Checking Account LaSalle Bank | 735 ILCS Sec. 5/12-1001(b) | 40.00 | 40.00 |
| 5. Savings Account United Airlines Credit Union | 735 ILCS Sec. 5/12-1001(b) | 10.00 | 10.00 |
| 6. Real Estate tax escrow Account -Shore Bank | 735 ILCS Sec. 5/12-1001(b) | 1,300.00 | 1,300.00 |
| 7. Household goods and Furnishings | 735 ILCS Sec. 5/12-1001(b) | 300.00 | 300.00 |
| 8. 401(k) Pension Plan United Airlines | 735 ILCS Sec. 5/12-1006 | 1,536.00 | 1,536.00 |
| 9. Real Estate located at 4814 W. Wabansia Chicago,IL | 735 ILCS Sec. 5/12-912 | 7,500.00 | 150,000.00 |
| 10. 2001 Chevy Cavalier | 735 ILCS Sec. 5/12-1001(c) | 1,200.00 | 7,000.00 |

Form B6-P (6-90)  ©1991 Blumberg Excelsior, Inc.

In re: **Thornton, Keith A.**                    Debtor(s)        Case No.              (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CUD* | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|
| A/C # 60778<br><br>Shore Bank<br>3401 S. King Drive<br>Chicago, IL 60616 | | | Incurred - 2000<br>1st Mortgage on<br>4814 W. Wabansia<br>Chicago, IL<br>VALUE $ 150,000.00 | | $137,700.00 | $6,900.00 |
| A/C # 232153972701<br><br>Amerian General Finance<br>4750 W. Fullerton<br>Chicago, IL 60639 | | | Incurred - 2003<br>2nd Mortgage on<br>4814 W. Wabansia<br>Chicago, IL<br>VALUE $ 150,000.00 | | 5,400.00 | 6,900.00 |
| A/C # 1057040<br>Community Bank of Lawndale<br>1111 S. Homan Avenue<br>Chicago, IL 60624 | | | Incurred - June, 2000<br>Security interest in<br>2001 Chevy Cavalier<br><br>VALUE $ 7,000.00 | | 7,000.00 | -0- |
| A/C # | | | <br><br>VALUE $ | | | |
| A/C # | | | <br><br>VALUE $ | | | |
| A/C # | | | <br><br>VALUE $ | | | |
| A/C # | | | <br><br>VALUE $ | | | |
| A/C # | | | <br><br>VALUE $ | | | |
| A/C # | | | <br><br>VALUE $ | | | |

continuation sheets attached

Subtotal -> (Total of this page) $ 150,100.00

Total -> (use only on last page) $

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

(Report total also on Summary of Schedules)

In re: _Thornton, Keith A._                                           Debtor(s)        Case No.                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E

**TYPE OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507 (a) (2).

☐ **Wages, salaries, and commissions**    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, and commissions owing to qualifying independent sales representatives up to $4,000* per person, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507 (a) (3).

☐ **Contributions to employee benefit plans**    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507 (a) (4).

☐ **Certain farmers and fishermen**    Claims of certain farmers and fishermen, up to $4,000* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507 (a) (5).

☐ **Deposits by individuals**    Claims of individuals up to $1,800* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507 (a) (6).

☐ **Alimony, Maintenance, or Support**    Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507 (a) (7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507 (a) (8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a) (9).

*Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C U D * | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|
| A/C# | | | | | | |
| | | | | | | |
| A/C# | | | | | | |
| | | | | | | |
| A/C# | | | | | | |
| | | | | | | |
| A/C# | | | | | | |
| | | | | | | |
| A/C# | | | | | | |
| | | | | | | |
| | | | Subtotal -> (Total of this page) | | $ | |
| | | | Total -> (use only on last page of the completed Schedule E) | | $ | |

_____ Continuation sheets attached.

(Report total also on Summary of Schedules)

* If contingent, enter C; if unliquidated., enter U; if disputed , enter D.

Form B6 F (6-90)

In re: **Thornton, Keith A.**                                    Debtor(s)        Case No.                 (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| A/C # 4053 7440 2802 9032 | | | | | |
| Alliant Credit Union (Visa) Customer Service P.O. Box 30495 Tampa, FL 33630 | | | November, 1996 Revolving Charge | | $9,400.00 |
| A/C # 5458 0046 4592 3556 | | | | | |
| Direct Merchants Bank (MC) Payment Center P.O. Box 17036 Baltimore, MD 21297-0448 | | | March, 2002 Revolving charge (MasterCard) | | 3,100.00 |
| A/C # 5480-4200-2020-7955 | | | | | |
| Household Credit Services P.O. Box 88000 Baltimore, MD 21288-0001 | | | Sept. 2003 Revolving charge (MasterCard) | | 4,500.00 |
| A/C # 5329 0005 2925 5781 | | | | | |
| MBNA P.O. Box 15289 Wilmington, DE 19886-5289 | | | 1994 Revolving charge | | 3,000.00 |
| A/C # 4352-3783-5773-6947 | | | | | |
| Target Retailers National Bank P.O. Box 59317 Minneapolis, MN 55459-0317 | | | 2002 Revolving charge | | 2,900.00 |
| A/C # | | | | | |
| A/C # | | | | | |
| A/C # | | | | | |
| A/C # | | | | | |

_____ Continuation Sheets attached.

Subtotal -> (Total of this page)    $ 22,900.00

Total -> (use only on last page of completed Schedule F.)    $ 22,900.00

(Report total also on Summary of Schedules)

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

Form B6G-Cont.

In re: **Thornton, Keith A.**                    Debtor(s)        Case No.                    (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| 1.  Magnolia Pratcher<br>    4814 W. Wabansia, 2nd Floor<br>    Chicago, IL  60639 | Magnolia Pratcher is the Debtor's Mother-in-Law.  She rents the 2nd floor apartment for $505.00 per month as a month-to-month tenant. |
| 2.  Brad Pratcher<br>    4814 W. Wabansia, Basement Apt.<br>    Chicago, IL 60639 | Brad Pratcher is the Debtors Brother-in-Law.  He rents the basement apartment for $445.00 per month as a month-to-month tenant. |

Form B6 H. (6/90)    United Blumberg Inc. NYC 10013

In re: *Thornton, Keith A.*                    Debtor(s)        Case No.            (if known)

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | (See Schedule D) |
| 1.  Deirdre Thornton<br>    4814 W. Wabansia<br>    Chicago, IL 60639 | 1.  Shore Bank<br>    3401 S. King Drive<br>    Chicago, IL 60616<br><br>2.  American General Finance<br>    4750 W. Fullerton<br>    Chicago, IL 60639<br><br>3.  Community Bank of Lawndale<br>    1111 S. Homan Avenue<br>    Chicago, IL 60624 |

Form B6I (6-90)

In re: *Thornton, Keith A.*                    Debtor(s)        Case No.              (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES | AGE | RELATIONSHIP |
| Married | John Thornton | 21 | Son |
| Deirdre | Ebony Marshall | 21 | Step-daughter |
| Thornton | Carl Marshall | 20 | Step-son |
| | Katrina Thornton | 17 | Daughter |
| | Keith Thornton | 15 | Son |
| | Samuel Thornton | 13 | Son |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Ramp Service | |
| Name of Employer | United Airlines | |
| How long employed | Since 1984 | |
| Address of Employer | O'Hare Airport Chicago, IL  60666 | |

**Income:** (Estimate of average monthly income)

| | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 3,686.00 | $ |
| Estimate monthly overtime | | |
| SUBTOTAL | $ 3,686.00 | $ |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | 475.00 | |
| b. Insurance   Medical & Dental | 54.00 | |
| c. Union dues   and miscellaneous fees | 51.00 | |
| d. Other (Specify)  Child support withholding | 254.00 | |
| e. 401(k) withholding | 294.00 | |
| f. United Airlines Travel charges | 211.00 | |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 1,340.00 | $ |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 2,346.00 | $ |
| Regular income from operation of business or profession or farm (attach detailed statement) | | |
| Income from real property   Rents | 950.00 | |
| Interest and dividends | | |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | | |
| Social security or other government assistance (Specify) | | |
| Pension or retirement income | | |
| Other monthly income (Specify) | | |
| TOTAL MONTHLY INCOME | $ 3,296.00 | $ |
| TOTAL COMBINED MONTHLY INCOME | $ | (Report also on Summary of Schedules) |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

Form B6J, Cont. (6/90)

In re: **Thornton, Keith A.**                                    Debtor(s)        Case No.                    (if known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 1,394.00 |

Are real estate taxes included? ☒ Yes  ☐ No     Is property insurance included? ☒ Yes  ☐ No

| | |
|---|---:|
| Utilities  Electricity and heating fuel | 274.00 |
|     Water and sewer | 82.00 |
|     Telephone | 175.00 |
|     Other  Cell Phone | 200.00 |
| Home maintenance (repairs and upkeep) | 450.00 |
| Food | 450.00 |
| Clothing | 200.00 |
| Laundry and dry cleaning | 150.00 |
| Medical and dental expenses | 169.00 |
| Transportation (not including car payments) | 300.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | 200.00 |
| Charitable contributions | -0- |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|     Homeowner's or renter's | -0- |
|     Life | 107.00 |
|     Health | -0- |
|     Auto | 180.00 |
|     Other | |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) | |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|     Auto | 185.00 |
|     Other  Credit Card Installments | 619.00 |
| Alimony, maintenance, and support paid to others | -0- |
| Payments for support of additional dependents not living at your home  (at college) | 400.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | -0- |
| Other  Vacation Time Share | 112.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ 5,647.00 |

**(FOR CHAPTER 12 AND 13 DEBTORS ONLY)**
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

A.  Total projected monthly income                                             $

B.  Total projected monthly expenses

C.  Excess income (A minus B)                                                   $

D.  Total amount to be paid into plan each                                      $
                                   (interval)

Form B6 Cont. (12/94)                    Julius Blumberg, Inc. NYC 10013

In re: *Thornton, Keith A.*                    Debtor(s)        Case No. _____

                                                                        (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___*eleven*___ ~~12~~ _____ sheets,

                                                                        (Total shown on summary page plus 1.)

and that they are true and correct to the best of my knowledge, information, and belief.

Date *8-6-04*                    Signature: X _____

                                                                        Debtor

Date                    Signature: _____

                                              (Joint Debtor, if any) (If joint case, both spouses must sign.)

---

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (SEE 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____        _____
Printed or Typed Name of Bankruptcy Petition Preparer        Social Security No.

_____

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:




If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____        _____
   Signature of Bankruptcy Petition Preparer                    Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156*

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____sheets, and that they are true and correct to the best of my knowledge, information, and belief.        (Total shown on summary page plus 1.)

Date _____                    Signature: _____

                                              (Print or type name of individual signing on behalf of debtor.)


(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

Form 7 – Statement of Financial
Affairs (11-92)

© Julius Blumberg, Inc.
NYC 10013

UNITED STATES BANKRUPTCY COURT                        DISTRICT OF

In re: **Thornton, Keith A.**

Debtor(s)          *Case No.*

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 16-21. **If the answer to any question is "None," or the question is not applicable, check the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101(30).

☐ None   **1. Income from Employment or Operation of Business**

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give AMOUNT and SOURCE (If more than one).

```
a.   Jan. 1, 2004 to date $22,500.00
b.   2002 - $36,167.00
c.   2003 - $49,149.00

Wages - United Airlines
```

☐ None   **2. Income Other than from Employment or Operation of Business**

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give AMOUNT and SOURCE.

```
2002 - $11,400.00
2003 - $11,400.00

These amounts represent rental income from the
and 2nd floor apartments at 4814 W. Wabansia, Chicago,
IL
```

**3. Payments to Creditors**

☐ None   a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give NAME and ADDRESS OF CREDITOR, DATES OF PAYMENTS, AMOUNT PAID and AMOUNT STILL OWING.

```
a.   Monthly payments of $1,222.00 to Shore Bank, Chicago
     IL, representing 1st mortgage payments on Debtor's
     home.
```

☒ None   b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR, DATE OF PAYMENT, AMOUNT PAID and AMOUNT STILL OWING.

**4. Suits and Administrative Proceedings, Executions, Garnishments and Attachments**

☒ None   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is filed.)
Give CAPTION OF SUIT AND CASE NUMBER, NATURE OF PROCEEDING, COURT OR AGENCY AND LOCATION AND STATUS OR DISPOSITION.

☒ None   b. Describe all property that has been attached, garnished,

immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED, DATE OF SEIZURE and DESCRIPTION AND VALUE OF PROPERTY.

☒ None   **5. Repossessions, Foreclosures, and Returns**

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF CREDITOR OR SELLER, DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN and DESCRIPTION AND VALUE OF PROPERTY.

**6. Assignments and Receiverships**

☒ None   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF ASSIGNEE, DATE OF ASSIGNMENT and TERMS OF ASSIGNMENT OR SETTLEMENT.

☒ None   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF CUSTODIAN, NAME AND LOCATION OF COURT, CASE TITLE & NUMBER, DATE OF ORDER and DESCRIPTION AND VALUE OF PROPERTY.

☒ None   **7. Gifts**

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF PERSON OR ORGANIZATION, RELATIONSHIP TO DEBTOR, IF ANY, DATE OF GIFT, and DESCRIPTION AND VALUE OF GIFT.

☒ None   **8. Losses**

List all losses from fire, theft, other casualty or gambling within **one year immediately preceding the commencement of this case or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give DESCRIPTION AND VALUE OF PROPERTY, DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS and DATE OF LOSS.

☐ None   **9. Payments Related to Debt Counseling or Bankruptcy**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

Give NAME AND ADDRESS OF PAYEE, DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR and AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY.

☒ None   **10. Other Transfers**

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR,

June, 2004 - $1,100.00
July, 2004 - $309.00

These payments were made to Attorney Anthony J. Murray, Jr. for preparation of my Bankruptcy Petition and the requisite filing fee.

☒ None    **11. Closed Financial Accounts**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give NAME AND ADDRESS OF INSTITUTION, TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE and AMOUNT AND DATE OF SALE OR CLOSING.

☒ None    **12. Safe Deposit Boxes**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY, NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY, DESCRIPTION OF CONTENTS and DATE OF TRANSFER OR SURRENDER, IF ANY.

☒ None    **13. Setoffs**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give NAME AND ADDRESS OR CREDITOR, DATE OF SETOFF and AMOUNT OF SETOFF.

☒ None    **14. Property Held for Another Person**

List all property owned by another person that the debtor holds or controls.
Give NAME AND ADDRESS OF OWNER, DESCRIPTION AND VALUE OF PROPERTY and LOCATION OF PROPERTY.

☒ None    **15. Prior Address of Debtor**

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.
Give ADDRESS, NAME USED and DATES OF OCCUPANCY.

_____continuation sheets attached

*Complete unsworn declaration on page 3076-5*
*There is no page 3076-4 in non-business filings*

3076-3A © 1991 Julius Blumberg, Inc.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date __8-6-'04__        Signature _____
                        of Debtor

Date _____        Signature _____
                        of Joint Debtor
                        (if any)

......................................................................................................

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____        Signature _____

                                          _____
                                          Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

......................................................................................................

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____        _____
Printed or Typed Name of Bankruptcy Petition Preparer        Social Security No.

_____

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document: If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____        _____
Signature of Bankruptcy Petition Preparer        Date

*A bankruptcy petition preparer's failure to comply with the provisions of title II and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C § 110; 18 U.S.C. § 156.*

**Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.**

Form B8 (11/94)  Julius Blumberg, Inc. NYC 10013

UNITED STATES BANKRUPTCY COURT   *Northern* DISTRICT OF *Illinois*
                                 *Eastern Division*

In re: *Thornton, Keith A.*                    Debtor(s)   Case No.
                                                           Chapter

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I, the debtor, have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. My intention with respect to the property of the estate which secures those consumer debts is as follows:   *a. Property to Be Surrendered*

| Description of property | Creditor's name | H,W or J |
|---|---|---|
| | | |

*b. Property to Be Retained (Specify Reaff'd, Red'd or Exempt to state debtor's intention concerning reaffirmation, redemption, or lien avoidance*.)*

| | Description of property | Creditor's name | Reaff'd Red'd Exempt* |
|---|---|---|---|
| 1. | Two story building at 4814 W. Wabansia Chicago, IL  60639 | Shore Bank - 1st Mortgage (see Schedule D) | Reaff'd |
| 2. | Two story building at 4814 W. Wabansia Chicago, IL  60630 | American General Finance 2nd Mortgage (see Schedule D) | Reaff'd |
| 3. | 2001 Chevrolet Cavalier | Community Bank of Lawndale (see Schedule D) | Reaff'd |

3. I understand that § 521(2)(B) of the Bankruptcy Code requires that I perform the above stated intention within 45 days of filing this statement with the court, or within such additional time as the court, for cause, within 45-day period fixes.

Date:

*Reaff'd  - Debt will be reaffirmed pursuant to § 524(c)
Red'd    - Property is claimed as exempt and will be redeemed pursuant to § 722
Exempt - Lien will be avoided pursuant to § 522(f) and property will be claimed as exempt

x _____
                    Signature of Debtor

_____
        Signature of Debtor

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (SEE 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer        Social Security No.

                                          Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:
_____
Address

_____

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____          _____
   Signature of Bankruptcy Petition Preparer                Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.
11 U.S.C. § 110; 18 U.S.C. § 156*

UNITED STATES BANKRUPTCY COURT   *Northern* DISTRICT OF   *Illinois*
                                  *Eastern Division*
In re *Thornton, Keith A.*        Debtor(s)          Case No.              (If Known)

## STATEMENT
Pursuant to Rule 2016(b)

The undersigned, pursuant to Rule 2016(b) Bankruptcy Rules, states that:

(1) The undersigned is the attorney for the debtor(s) in this case.

(2) The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:

    (a) for legal services rendered or to be rendered in contemplation of and in connection
       with this case          $ *1200.00*

    (b) prior to filing this statement, debtor(s) have paid      $ *1200.00*

    (c) the unpaid balance due and payable is      $ *-0-*

(3) $ *209.00*   of the filing fee in this case has been paid.

(4) The services rendered or to be rendered include the following:

    (a) analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a
       petition under title 11 of the United States Code.

    (b) preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.

    (c) representation of the debtor(s) at the meeting of creditors.

(5) The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services
performed, and *none other.*

(6) The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from
earnings, wages and compensation for services performed, and

    *D N A*

(7) The undersigned has received no transfer, assignment or pledge of property execept the following for the value stated:

    *D N A*

(8) The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm,
any compensation paid or to be paid except as follows:

    *NONE*

Dated: *August 6 2004*   Respectfully submitted, *Anthony J. Murray*   *Attorney for Petitioner*

Attorney's name and address   *A.J. Murray, 9039 N. LaCrosse, Skokie 60077 IL*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re: *Thornton, Keith Anthony* Bankruptcy Case Number: _____

VERIFICATION OF CREDITOR MATRIX

Number of Creditors: *eight* _____

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Dated: *8-6-04*

X _____
                    Debtor

_____
                    Joint Debtor

Shore Bank
60778
3401 S. King Drive
Chicago, IL 60616

American General Finance
232153972701
4750 W. Fullerton
Chicago, IL 60639

Community Bank of Lawndale
1057040
1111 S. Homan Avenue
Chicago, IL 60624

Alliant Credit Union (Visa)
4053 7440 2802 9032
Customer Service
P.O. Box 30495
Tampa, FL 33630

Direct Merchants Bank (MC)
5458 0046 4592 3556
Payment Center
P.O. Box 17036
Baltimore, MD 21297-0448

Household Credit Services
5480-4200-2020-7955
P.O. Box 88000
Baltimore, MD 21288-0001

MBNA
5329 0005 2925 5781
P.O. Box 15289
Wilmington, DE 19886-5289

Target
4352-3783-5773-6947
Retailers National Bank
P.O. Box 59317
Minneapolis, MN 55459-0317